

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Julie T. Chau,                        * From the 161st District Court
                                        of Ector County
                                        Trial Court No. B-136,673.

Vs. No. 11-17-00047-CV                * July 19, 2018

Select Medical Corporation            * Opinion by Willson, J.
d/b/a Regency Hospital of Odessa, LLP,   (Panel consists of: Willson, J.,
                                         Bailey, J., and Wright, S.C.J.,
                                         sitting by assignment)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Select Medical Corporation d/b/a Regency Hospital of Odessa, LLP.